The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-174 RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| RIGOBERTO PONCE SANCHEZ, | |
| Defendant. | |

THIS MATTER comes before the Court upon Defendant Rigoberto Ponce Sanchez's Unopposed Motion to Continue Trial Date and Pretrial Motions Deadline (Dkt. #368). Having considered the motion and the facts set forth therein, which are hereby incorporated by reference and adopted as findings of fact, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C.§ 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C.§ 3161(h)(7)(B(i).

3. The defense needs additional time to review discovery and to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for

trial itself within the time limits established by the speedy trial act and currently set for this case. 18 U.S.C.§ 3161(h)(7)(B)(ii).

    4. Taking into account the exercise of due diligence, continuance is necessary to allow the defendant the reasonable time for effective preparation of their defense. 18 U.S.C.§ 3161(h)(7)(B)(iv).

    IT IS THEREFORE ORDERED that Defendant's Unopposed Motion to Continue Trial Date and Pretrial Motions Deadline (Dkt. #368) is GRANTED. The trial shall be continued from December 30, 2019 to April 20, 2020. All pretrial motions, including motions in limine, shall be filed no later than March 12, 2020.

    IT IS FURTHER ORDERED that the period of time from the date of this Order and the new trial date of April 20, 2020, shall be excludable time under the Speedy Trial Act pursuant to Title 18, United States Code, Sections 3161(h)(7)(A), 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iv) and 18 U.S.C.§ 3161(h)(6).

    DATED this 22nd day of November, 2019.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge