The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RIGOBERTO PONCE SANCHEZ,<br><br>Defendant. | No. CR18-174 RAJ<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to Defendant Rigoberto Ponce Sanchez.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case as to Defendant Rigoberto Ponce Sanchez are dismissed without prejudice.

DATED this 23rd day of March, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

Order of Dismissal - 1
*U.S. v. Rigoberto Ponce Sanchez; CR18-174 RAJ*

United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington
(206) 553-7970