Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR18-174RAJ |
| | ) | |
| Plaintiff, | ) | ORDER AUTHORIZING |
| | ) | REFUND OF BAIL |
| vs. | ) | |
| | ) | |
| RIGOBERTO PONCE SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER having come on before the undersigned Judge, it appearing from the record and files herein that cash bail has been posted in this case for the appearance of the above-named Defendant; and it further appearing that the case has been dismissed and the posting of the cash bail of $3,000.00 is no longer necessary and that, therefore, the cash bail should be returned.

IT IS THEREFORE ORDERED that Defendant's Motion (Dkt. 406) is GRANTED. The Clerk is authorized and directed to draw a check(s) on the funds deposited in the registry of this court in the principal amount of $3,000.00 plus all accrued interest, minus any statutory users fees, payable to the payee and mail or deliver the check(s) to the payee.

DATED this 10th day of December, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER AUTHORIZING
REFUND OF BAIL - 1

BUTLER BESCHEN LAW PLLC
103 E. Holly St. #512
Bellingham, WA 98225
(360) 734-3448